HARRY GROSS, Appellant, v. JAMAICA AUCTION GALLERIES, INC., Respondent.— Order reversed on the law and in the exercise of discretion, with ten dollars costs and disbursements, and the motion for a temporary injunction granted, with ten dollars costs, on the ground that the acts of the defendant are violative of law and of the provisions of the Code of Fair Competition for the Retail Jewelry Trade, as the defendant is, in fact, selling jewelry at retail under the guise of an auction sale. If defendant has a legitimate business in selling general merchandise at public auction, its activities will not be greatly restrained or hampered by forbidding it to engage in the retail jewelry business in the manner that is disclosed by the record. The plaintiff should bring the action to trial promptly so that it may be determined whether or not the defendant is, in fact, as now appears to be the case, violating the code above mentioned. If, through any fault of plaintiff, the case is not promptly moved for trial, the defendant has leave to move to vacate the temporary injunction. Young, Hagarty, Scudder and Davis, JJ., concur; Lazansky, P. J., dissents on the ground that there are questions of fact and law which should be determined on a trial and not upon affidavits.

FLORENCE HILLYER, Respondent, v. R. K. O. PROCTOR CORPORATION, a Domestic Corporation, Appellant.— Judgment and order of the City Court of Mount Vernon unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

In the Matter of the Application of EDWARD J. BONES, as Administrator, etc., of CATHERINE M. BONES, Deceased, Appellant, to Discover Certain Property of Said Deceased Claimed to Be Withheld. MICHAEL F. BOWNES, Respondent.— Order of the Surrogate's Court of Queens county denying the administrator's motion for the trial of the issues before the surrogate and a jury affirmed, with ten dollars costs and disbursements to respondent, payable out of the estate. No opinion. Lazansky, P. J., Young, Hagarty, Scudder and Davis, JJ., concur.

In the Matter of the Petition of ALICE K. GRAHAM to Prove the Last Will and Testament of SARAH ELIZABETH HESH, Deceased. HENRY COURTNEY and Others, Appellants; ALICE K. GRAHAM, as Executrix, etc., of SARAH ELIZABETH HESH, Deceased, Respondent.— Decree of the Surrogate's Court of Kings county unanimously affirmed, with costs, payable by appellants personally. No opinion. Present — Young, Kapper, Carswell and Tompkins, JJ.; Lazansky, P. J., not voting.

In the Matter of the Application of JOHN L. KELLY, Petitioner, for a Certiorari Order against MATTHEW J. TOBIN, President of the Board of Visitors of Kings Park State Hospital, and Another, Respondents.— Order of certiorari vacated and proceeding dismissed, without costs. The resignation of relator from the position which he formerly held left nothing upon which the board or the superintendent might further act in view of the resignation having been accepted. It precludes a review by this court. Apart from that fact, however, the situation is not one that this court may disturb. Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ., concur.

In the Matter of the Application of JAMES F. KIERNAN, Respondent, for an Order of Mandamus against RAYMOND V. INGERSOLL, as President of the Borough of Brooklyn, Appellant.* — Peremptory mandamus order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Tompkins, JJ.

* Affd., 265 N. Y. 553.